# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Daniel Benitez        JOINT DEBTOR: Mirna Benitez        CASE NO.:_____
Last Four Digits of SS# 6972        Last Four Digits of SS# 6679

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,178.72 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650 TOTAL PAID $ 1,500 Balance Due $ 2,150
    payable $ 537.50 /month (Months 1 to 4)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None    Arrearage on Petition Date $_____
Address:_____    Arrears Payment $_____/month (Months ___ to ___)
    Regular Payment $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | None | None | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
    Payable $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 523.35/month (Months 1 to 4) and Pay $ 1060.85/month (Months 5 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor World Omni and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq
Attorney for the Debtor        Joint Debtor
Date: 5-29-2014        Date:_____

LF-31 (rev. 01/08/10)