RE:   DANIEL BENITEZ                                         CASE NUMBER:   14-22300-BKC-AJC
      MIRNA BENITEZ

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

A WRITTEN RESPONSE TO ISSUES RAISED AND/OR DOCUMENTS REQUESTED BELOW MUST BE RECEIVED BY 5PM AT LEAST FIFTEEN DAYS PRIOR TO THE NEXT CONFIRMATION HEARING TO AVOID DISMISSAL. Please note: documents that were not timely filed/received by the Trustee (15 days before confirmation hearing) may not be considered as there is not sufficient time to re-review this case. Call the Trustee's office prior to "re-sending" untimely documents that would have been received less than 15 days prior to the confirmation hearing. *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee*

*The debtor or debtor's attorney must appear at the confirmation hearing.* The debtor may be dismissed for failure to fund the plan if they are delinquent in payments. The Court may dismiss this case if no one appears to represent the debtor at the confirmation hearing.

If this case is dismissed, this deficiency is an objection to reinstatement until all documents are received or all issues are addressed

---

IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE LAST BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO SEEK A RESOLUTION OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.

---

*Call the Trustee's office prior to "re-sending" untimely documents that would have been received less than 15 days prior to the confirmation hearing** *The Trustee's calendar with recommendations will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her website - access is limited.*

**Recommendation for November 18, 2014 hearing is based on documents/amended received/filed November 3, 2014 at 5PM (Call the Trustee's office prior to "re-sending" untimely documents)**

Continue to 12/16:
**Due on or before 5pm on 12/1:** a) Obj/Conform to Clm #37

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
*NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402*